In the Matter of the Claim of MARY FITZPATRICK, Respondent, against BLACKALL & BALDWIN COMPANY et al., Appellants.

(Argued March 1, 1917; decided March 20, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered December 1, 1916, which affirmed an award of the state industrial commission under the Workmen's Compensation Law. The defense interposed was that the Workmen's Compensation Law of the state of New York does not apply to this case, for the reason that the injury was sustained while the employee was working in the state of Pennsylvania, the contract of employment having been entered into in the state of New York, although no employment or work in the state of New York or elsewhere than in the state of Pennsylvania was at any time contemplated by the parties to the contract.

*E. Clyde Sherwood, William B. Davis* and *Amos H. Stephens* for appellants.

*Egburt E. Woodbury, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs, on authority of *Matter of Post* v. *Burger & Gohlke* (216 N. Y. 544).

Concur: HISCOCK, Ch. J., CHASE, CUDDEBACK, HOGAN, POUND, McLAUGHLIN and ANDREWS, JJ.